| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Randolph Roger Ramirez, P.C.<br>Randolph Ramirez, Esq. SBN 297928<br>1613 Chelsea Road, Suite 186<br>San Marino, CA 91108<br>Tel.: (626) 321-2404<br>Fax: (626) 784-0480<br><br>*Attorney for:* Anthony Palacios, Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Antohny Palacios<br><br><br>Debtor(s). | CASE NO.: 2:16-bk-13935-ER<br>CHAPTER: 7<br><br>**DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1**<br><br>[No Hearing Required] |
|---|---|

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case.

2. On *(specify date)* 04/16/2016___, I agreed with the Debtor that for a fee of $ 0.00_____, I would provide the following services only:

    a. ☐ Prepare and file the Petition and Schedules
    b. ☒ Represent the Debtor at the 341(a) Meeting
    c. ☐ Represent the Debtor in any relief from stay motions
    d. ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727
    e. ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523
    f. ☐ Other *(specify)*:

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of the prior page.

Date: 04/20/2016

I HEREBY APPROVE THE ABOVE:

/s/ Anthony Palacios
Signature of Debtor

RANDOLPH ROGER RAMIREZ, P.C.
Printed name of law firm

/s/ Randolph Ramirez
Signature of attorney

Randolph Ramirez
Printed name of attorney

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 2090-1.1.DEC.LTD.SCOPE