Elissa D. Miller
333 S. Hope Street, 35th Flr
Los Angeles, CA 90071
Telephone:    (213)626-2311
Facsimile:    (213)629-4520
emiller@sulmeyerlaw.com
lrobles@sulmeyerlaw.com

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

| In re:<br>PALACIOS, ANTHONY<br><br><br>Debtor(s) | Case No.: 2:16-BK-13935   ER<br><br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) [11 USC 341(a)]<br><br>Date: 05/26/16<br>Time: 8:00 AM |
|---|---|

COUNSEL: ZZ IN PRO PER
TO THE ABOVE NAMED DEBTOR(S):

The continued meeting will be held in the United States Trustee Meeting Rooms at 915 Wilshire Blvd., 10th Floor, Los Angeles, CA 90017.

The meeting was continued for the following reason:

Debtor to provide mortgage statement and insurance.  Debtor to amend petition/schedules to use correct form and file with the  Bankruptcy Court.  Once documents are provided please contact our office lrobles@sulmeyerlaw.com to determine if appearance is  required.

Dated:    05/05/16                           /s/ Elissa D. Miller
                                              Elissa D. Miller
                                              Chapter 7 Trustee

I ceritfy that I served the within notice on the above debtor(s) and the debtor(s)' attorney, on 05/05/16.

                                              /s/ Lorraine Robles
                                              Trustee Administrator
                                              lrobles@sulmeyerlaw.com