FormCACB (hrgreaf – van190b)
(Rev. 04/11)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# NOTICE OF HEARING RE: REAFFIRMATION AGREEMENT

**DEBTOR(S) INFORMATION:**  
Anthony Palacios

**BANKRUPTCY NO.** 2:16–bk–13935–ER  
**CHAPTER** 7

**SSN:** xxx–xx–9956  
**EIN:** N/A

924 N. Ave. 64  
Los Angeles, CA 90042

**NOTICE IS HEREBY GIVEN** that a Reaffirmation Agreement between the above-named Debtor(s) and creditor A–L Financial Corp was filed in the above case on 5–31–16 .

**YOU ARE HEREBY NOTIFIED** that a hearing to consider whether to approve the Reaffirmation Agreement pursuant to 11 U.S.C. § 524(c)(6) will be held at:

| | |
|---|---|
| **Date:** | **July 19, 2016** |
| **Time:** | **01:30 PM** |
| **Hearing Judge:** | **Vincent P. Zurzolo** |
| **Location:** | **255 E Temple St., Crtrm 1368, Los Angeles, CA 90012** |

If the Debtor(s) choose(s) not to appear at the hearing noted above, the Reaffirmation Agreement will be disapproved and declared unenforceable.

The Los Angeles County Bar Association has created a Debtor Assistance Program to provide free legal assistance to bankruptcy debtors who cannot afford an attorney. An attorney from this program will be available, free of charge, to answer questions which you may have regarding whether or not it is in your best interest to enter into the reaffirmation agreement. Please report to the above location on the day of the scheduled reaffirmation agreement hearing.

Please arrive at least one hour prior to scheduled time  
for assistance.

Dated: June 7, 2016

FOR THE COURT,

**Kathleen J. Campbell**  
Clerk of Court

(FormCACB (hrgreaf – van190b Rev. 04/11))    **18 – 17 / MEL**